# Court of Appeals
# of the State of Georgia

ATLANTA,   November 13, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0536.  DARRELL BROWN v. THE STATE.**

Darrell Brown was convicted of multiple offenses, including aggravated assault, aggravated battery, and kidnapping, and his convictions were affirmed on appeal. See *Brown v. State*, 275 Ga. App. 99 (619 SE2d 789) (2005). Since then, Brown has filed numerous motions and appeals, all of which have been meritless.  On March 15, 2019, Brown filed another notice of appeal.  In his notice, he states that he is appealing "from the judgment, order, convictions, and sentence(s) entered herein."

The most recent trial court order was entered on January 12, 2019, and Brown's notice of appeal is untimely from that order.  See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days after entry of an appealable order).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Brown's notice of appeal is not timely as to any appealable order, we lack jurisdiction to consider his appeal.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   11/13/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*